**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 30, 2014

Hon. William D. Mount Jr.
Dale & Klein, L.L.P.
1100 E. Jasmine Ave., Ste. 202
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Kittleman Thomas, PLLC
4900-B N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00205-CV
Tr.Ct.No. C-2480-11-I-B
Style:     Cornelio Morales v. Hidalgo County Irrigation District #6

Dear Sir/Madam:

Appellant's motion for extension of time to file reply brief was this day GRANTED by this Court. The time has been extended to Monday, January 12, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch